**CIVIL COVER SHEET ATTACHMENT**

**Attorneys**:

Dariush Keyhani (*pro hac vice* to be filed)
Frances H. Stephenson (*pro hac vice* to be filed)
Scott Draffin (*pro hac vice* to be filed)
**Keyhani LLC**
1050 30th Street NW
Washington, DC 20007
Tel: 202.748.8950
Fax: 202.318.8958
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
**NAMAN HOWELL SMITH & LEE, PLLC**
400 Austin Ave., Suite 800
Waco, Texas 76701
Tel: 254-755-4100
Fax: 254-754-6331
jaltman@namanhowell.com
palmer@namanhowell.com
powell@namanhowell.com